927 A.2d 200

**Jethro HEIKO, Anne Dicker, Edmund Goppelt, Nothern Liberties Neighbors Association, Chelsea Thompson–Heiko, Catherine A. Lonergan, Karen B. Shaw, Steven J. Gelman, Mary O. Reinhart, Robert Chambers, Mark O'Connor and Diane M. Rizzetto, Petitioners,**

**v.**

**The PENNSYLVANIA GAMING CONTROL BOARD, Respondent.**

**HSP Gaming, LP, Intervenor,**

**Philadelphia Entertainment and Development Partners, LP, Intervenor.**

Supreme Court of Pennsylvania.

June 22, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of June, 2007, the Application for Summary Relief filed by HSP Gaming, LP is granted. Petitioners' Petition for Review is dismissed for lack of standing pursuant to *Society Hill Civic Ass'n v. Pennsylvania Gaming Control Board,* —— Pa. ——, 928 A.2d 175, 2007 WL 1610165 (June 4, 2007).

Justice Castille and Saylor dissent. *See Society Hill Civic Ass'n v. Pennsylvania Gaming Control Bd.,* —— Pa. ——, ——, 928 A.2d 175, 185–86, 2007 WL 1610165, *8–9 (June 4, 2007) (Saylor, J., dissenting).